UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

JUDEKENNETH MADUKA ORJI,

                 Plaintiff,

      v.

CITADEL SECURITIES, LLC, *et al.*,

                 Defendants.

Civil Action No. 23-cv-02986-LKG

---

**MARKET MAKER DEFENDANTS'**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendants Citadel Securities LLC; Goldman Sachs & Co., LLC; GTS Securities, LLC; Virtu Americas LLC; Canaccord Genuity LLC; Susquehanna Securities, LLC; Cowen & Company, LLC; Robert W. Baird & Co., Inc.; IMC Chicago, LLC; Latour Trading LLC; G1 Execution Services, LLC; Cantor Fitzgerald & Co.; Two Sigma Securities, LLC; SG Americas Securities, LLC; Morgan Stanley & Co., LLC; J.P. Morgan Securities, LLC; Clear Street LLC; Stifel, Nicolaus & Co., Inc.; Wells Fargo Securities, LLC; William Blair, LLC; UBS Securities, LLC; Keefe, Bruyette & Woods, Inc.; BOFA Securities, Inc.; Maxim Group LLC; KeyBanc Capital Markets, Inc.; StoneX Financial Inc; Puma Capital, LLC; HRT Financial LP; Flow Traders US Institutional Trading, LLC; and Wolverine Trading, LLC (collectively "Market Maker Defendants"),[1] hereby move to dismiss with prejudice the Second Amended Complaint, ECF Doc. No. 133, of Plaintiff Judekenneth Maduka Orji pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and Section 21D(b) of the Private Securities Litigation Reform

---

[1] Plaintiff used incorrect names for several Market Maker Defendants. We use their correct names here.

Act of 1995, 15 U.S.C. § 78u-4(b) (the "Motion").  The grounds supporting the Motion are set forth in the accompanying Memorandum of Law and the Declaration of Cameron S. Matheson.

Dated:  August 23, 2024      Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Cameron S. Matheson
_____
Stephen J. Crimmins (MD Bar No. 19123)
Thomas P. DeFranco (*pro hac vice*)
1301 K Street, N.W.
Suite 500 East
Washington, D.C. 20005
Tel. (202) 974-4200
stephencrimmins@dwt.com
tomdefranco@dwt.com

Michael V. Rella (*pro hac vice*)
James K. Goldfarb (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-4230
michaelrella@dwt.com
jamesgoldfarb@dwt.com

Cameron S. Matheson (*pro hac vice*)
4870 Sadler Road, Suite 301
Glen Allen, Virginia  23060
Tel: (804) 762-5332
cameronmatheson@dwt.com

*Attorneys for Defendants Citadel Securities LLC; GTS Securities, LLC; Virtu Americas LLC; Canaccord Genuity LLC; Susquehanna Securities, LLC; IMC Chicago, LLC; Latour Trading LLC; G1 Execution Services, LLC; Two Sigma Securities, LLC; Clear Street LLC; HRT Financial LP; Flow Traders US Institutional Trading, LLC; and Maxim Group LLC*

McGUIREWOODS LLP

By: /s/ Melissa O Martinez
_____
Melissa O Martinez (MD Bar No. 28975)
Chauna A. Abner (MD Bar No. 22056)
500 East Pratt Street, Ste 1000
Baltimore, MD 21202
410-659-4432
410-659-4555
mmartinez@mcguirewoods.com
cabner@mcguirewoods.com

*Attorneys for Defendants Goldman Sachs & Co.; LLC; Robert W. Baird & Co., Inc.; SG Americas Securities, LLC;*
*Morgan Stanley & Co., LLC; J.P. Morgan Securities, LLC; Stifel, Nicolaus & Co., Inc.; Wells Fargo Securities, LLC;*
*UBS Securities, LLC; BOFA Securities, Inc.*

CANTOR FITZGERALD SECURITIES

By: /s/ Mitchell D. Nobel
_____
Mitchell D. Nobel (MD Bar No. 20014)
110 E. 59th Street, Ste 7th Floor
New York, NY 10022
210-829-7069
mitchell.nobel@cantor.com

*Attorney for Defendant Cantor Fitzgerald Securities*

THOMPSON HINE LLP

By: /s/ Rebecca M. Pronesti
_____
David A. Wilson (MD Bar No. 012990)
1919 M Street, NW, Suite 700
Washington, DC 20036
202-263-4161
david.wilson@thompsonhine.com

Brian J. Lamb (*pro hac vice*)
Rebecca M. Pronesti (*pro hac vice*)
3900 Key Center, 127 Public Sq.
Cleveland, OH 44144
216-566-5634
Brian.Lamb@thompsonhine.com
Rebecca.Pronesti@thompsonhine.com

*Attorneys for Defendant KeyBanc Capital Markets, Inc.*


MAYNARD NEXSEN PC

By: /s/ Peter Fruin
_____
Thomas C. Goodhue (MD Bar No. 19305)
801 Grand Avenue, Suite 100
Des Moines, IA 50309
205-254-1000
tgoodhue@maynardnexsen.com

Peter Fruin (*pro hac vice*)
1901 Sixth Ave N., Suite 1700
Birmingham, AL 35203
205-254-1068
pfruin@maynardnexsen.com

*Attorneys for Defendant StoneX Financial Inc.*

DUANE MORRIS LLP

By: /s/ Michael S. Zullo
_____
Laurie G. Furshman (MD Bar No. 29604)
100 International Drive, Suite 700
Baltimore, MD 21202
410-949-2943
Lgfurshman@duanemorris.com

Michael S. Zullo (*pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103
215-979-1178
MSZullo@duanemorris.com

WILLKIE FARR & GALLAGHER, LLP
Kaydene Grinnell (*pro hac vice*)
Shaimaa M. Hussein (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
212-728-8463
kgrinnell@willkie.com
shussein@willkie.com

*Attorneys for Defendant Cowen & Company, LLC*

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By: /s/ Thomas V. Panoff
_____
Steven P. Hollman (MD Bar No. 09719)
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
202-747-1941
shollman@sheppardmullin.com

Thomas V. Panoff (*pro hac vice*)
321 N. Clark St., 32nd Floor
Chicago, IL 60654
312-499-6328
tpanoff@sheppardmullin.com
*Attorneys for Defendant Wolverine Trading, LLC*

3

RUDDY GREGORY, PLLC

By: /s/ Gregory S. Smith
_____
Gregory S. Smith (D. Md. Bar No. 17358)
1225 15th Street NW
Washington, DC 20005
202-460-3381
gsmith@ruddylaw.com

*Attorney for Defendant Puma Capital, LLC*